UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:23-cr-00280-FLA-1 | Date | August 27, 2025 |
|---|---|---|---|
| Title | United States v. Johnson | | |

| Present: The Honorable | Margo A. Rocconi, United States Magistrate Judge |
|---|---|

| Valerie Velasco | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

- ☒ will appear for further proceedings as required if released.
- ☒ will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

- ☒ Allegations in petition
- ☒ Lack of bail resources
- ☒ No stable residence or employment
- ☐ Ties to foreign countries
- ☐ Previous failure to appear or violations of probation, parole, or release
- ☒ Nature of previous criminal convictions
- ☐ Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:23-cr-00280-FLA-1 |
| Title | United States v. Johnson |
| Date | August 27, 2025 |

☒ Already in custody on state or federal offense

☐ Refusal to interview with Pretrial Services

☐

☒ Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.